FORM B5.
(6/90)

**FORM 5.   INVOLUNTARY PETITION**

| United States Bankruptcy Court | INVOLUNTARY |
|---|---|
| Northern **District of** Illinois | PETITION |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| MISU Midwest, LLC | |

Last four digits of Soc. Sec. No./Complete Tax I.D. No.

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 1650 Lake Cook Road, Deerfield, IL 60015 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Lake | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
1650 Lake Cook Road, Deerfield, IL 60015

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual   ☐ Corporation Publicly Held
☐ Partnership   ☐ Corporation Not Publicly Held
☒ Other: Limited Liability Company

A. TYPE OF BUSINESS (Check one)
☐ Professional   ☐ Transportation   ☐ Commodity Broker
☐ Retail/Wholesale   ☐ Manufacturing/   ☐ Construction
☐ Railroad   ☐ Mining   ☐ Real Estate
☐ Stockbroker   ☒ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Healthcare services holding company

**VENUE**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| VeridianHealth, LLC | | 8/10/05 |
| Relationship | District | Judge |
| Affiliate | N.D. Illinois Eastern Division | |

**ALLEGATIONS**
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
   b. ☒ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially a[ll] of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/10/2005
Time: 16:55:34
Debtor: MISU MIDWEST LLC
Case: 05-31500   Fee : 839
Chapter: 11   Rec. # : 3136551
Judge: Carol Doyle

1:05BK31500-BK001

FORM 5 Involuntary Petition
(6/92)

Name of Debtor  MISU Midwest, LLC

Case No. _____
(court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Michael E. Hayes
Signature of Petitioner or Representative (State title)
JPMorgan Chase Bank, NA          8/9/05
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
JPMorgan Chase Bank, NA
120 S. LaSalle St., 6th Fl.
Chicago, IL 60603
Michael E. Hayes
First Vice President

X /s/ Chad H. Gettleman      8/9/05
Signature of Attorney         Date
Chad H. Gettleman, Esq.
Name of Attorney Firm (If any)
Adelman & Gettleman, Ltd.
Address
53 W. Jackson Blvd., Suite 1050, Chicago, IL 60604
Telephone No.
312-435-1050

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney        Date

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney        Date

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| JPMorgan Chase Bank, NA<br>120 S. LaSalle St., 6th Fl, Chicago, IL 60603 | Unconditional Guaranty and related charges and fees | $8,048,793.34 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
$8,048,793.34

___0___ continuation sheets attached